# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALFRED BUTLER,** | : | |
|     **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 23-CV-1976-JMY** |
| | : | |
| **BRENDAN WILSON,** | : | |
|     **Defendant.** | : | |

## ORDER

AND NOW, this 18th day of July, 2023, upon consideration of Plaintiff Alfred Butler's Amended Complaint (ECF No. 11), it is **ORDERED** that:

1. The Amended Complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction for the reasons in the Court's Memorandum.

2. The Clerk of Court shall **CLOSE** this case.

                                                **BY THE COURT:**

                                                **/s/** *John Milton Younge*
                                                **JOHN MILTON YOUNGE, J.**